UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| FREDERICK CHARLES DAVY AND SHARON LEE DAVY, | Case. No. 7:15-cv-04927-MGL |
| Plaintiffs, | |
| v. | **GREENSKY, LLC's AMENDED ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Duke Energy of the Carolinas, LLC, Energy Conservation Solutions, Inc., GreenSky, LLC, and Spartanburg County Building Codes and Fire Services, | |
| Defendants. | |

Pursuant to Local Rule 26.01, D.S.C, Defendant GreenSky, LLC ("GreenSky") hereby amends answers to the Court's Interrogatory No. 26.01 (F) as follows:

**Defendant's name is no longer GreenSky Trade Credit, LLC, as previously identified by the Plaintiff's Complaint. On December 10, 2015, this Defendant changed its name to GreenSky, LLC.**

[*signature on following page*]

1

**WESLEY D. FEW, LLC**

s/ Wesley D. Few/
Wesley D. Few
1527 Blanding Street
Columbia, SC 29201
P.O. Box 11546 (29211)
803-223-6942
wes@wesleyfew.com

ATTORNEYS FOR DEFENDANT GREENSKY
TRADE CREDIT, LLC, N/K/A GREENSKY, LLC

January 14, 2016
Columbia, South Carolina