# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Fredrick Charles Davy and Sharon Lee Davy,<br><br>Plaintiff,<br><br>vs.<br><br>Duke Energy of The Carolinas, LLC, Energy Conservation Solutions, Inc., GreenSky Trade Credit, LLC, SunTrust Banks, Inc., and Spartanburg County Building Codes and Fire Services,<br><br>Defendants. | Civil Action No. 7:15-CV-04927-MGL<br><br>**DEFENDANT GREENSKY TRADE CREDIT, LLC'S RESPONSE IN OPPOSITION TO MOTION TO REMAND** |

NOW COMES Defendant Green Sky Trade Credit, LLC, n/k/a GreenSky, LLC ("GreenSky"), by and through the undersigned counsel, and hereby submits this Response to Plaintiff's Motion to Remand (ECFN-025). For its response to the motion to remand, GreenSky joins in the Memorandum in Opposition to Plaintiff's Motion to Remand (ECFN-039) filed by Duke Energy of the Carolinas, LLC ("Duke"). In so joining, GreenSky concurs with Duke in its legal arguments and reasoning for support of the jurisdiction of this Court and denial of Plaintiff's Motion to Remand.

[signature on next page]

2

**WESLEY D. FEW, LLC**

  s/Wesley D. Few
Wesley D. Few, Fed. Id. No. 07371
1527 Blanding Street, Suite 203
Post Office Box 11546
Columbia, South Carolina 29211
(803) 223-6942 (office)
wes@wesleyfew.com

ATTORNEYS FOR DEFENDANT GREENSKY
TRADE CREDIT, LLC, N/K/A GREENSKY, LLC

January 28, 2016
Columbia, South Carolina