UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| FREDERICK CHARLES DAVY and<br>SHARON LEE DAVY,<br><br>    Plaintiffs,<br><br>  v.<br><br>DUKE ENERGY CAROLINAS, LLC,<br>ENERGY CONSERVATION SOLUTIONS,<br>INC., GREENSKY TRADE CREDIT, LLC<br>and SUNTRUST BANKS, INC.,<br><br>    Defendants. | Civil Action No. 7:15-cv-04927-MGL |

**STIPULATION OF DISMISSAL**
**(With Prejudice)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate that the above-captioned action and any and all claims asserted therein are hereby dismissed and ended with prejudice. Further, the Plaintiffs will bear their own costs, expenses, and attorney's fees.

Respectfully submitted this 10th day of August, 2016.

*[Signature blocks appear on the following page.]*

**TD HILKA LAW, LLC**

/s/Travis Dane Hilka
Travis Dane Hilka, Fed. Bar #10280
TDHilka@gmail.com
Post Office Box 6442
Spartanburg, South Carolina 29304
Phone:  (864) 494-4100
Fax:       (864) 585-0068
*Attorneys for Plaintiffs*


**HAYNSWORTH SINKLER BOYD, P.A.**

/s/H. Sam Mabry III
H. Sam Mabry III, Fed. Bar #3252
smabry@hsblawfirm.com
Joshua D. Spencer, Fed. Bar #9845
jspencer@hsblawfirm.com
Charles M. Sprinkle, Fed. Bar #9712
csprinkle@hsblawfirm.com
Post Office Box 2048 (29602)
One North Main Street, Second Floor
Greenville, South Carolina 29601
Phone:  (864) 240-3200
Fax:       (864) 240-3300
*Attorneys for Defendant Duke Energy Carolinas, LLC*

**WESLEY D. FEW, LLC**

/s/Wesley D. Few
Wesley D. Few, Fed. Bar #07371
wes@wesleyfew.com
1527 Blanding Street, Suite 203
Post Office Box 11546
Columbia, South Carolina 29211
Phone:  (803) 223-6942
*Attorneys for Defendants GreenSky Trade Credit, LLC, n/k/a GreenSky, LLC and SunTrust Banks, Inc.*


**THE TOLLISON LAW FIRM, P.A.**

/s/L. Walter Tollison, III
L. Walter Tollison, III, Fed. Bar #4117
Walt.tollison@thetollisonlawfirm.com
Lauren S. Price, Fed. Bar #10406
Lauren.price@thetollisonlawfirm.com
24 Vardry Street, Suite 203
Greenville, South Carolina 29601
Phone:  (864) 451-7038
Fax:       (864) 451-7591

Shawn A. Copeland, *Pro Hac Vice*
**COPELAND RICHARDS, PLLC**
shawn@copelandrichards.com
Post Office Box 430
215 South Main Street, Suite 301
Davidson, North Carolina 28036
Phone:  (704) 439-4441
Fax:       (704) 439-4413
*Attorneys for Energy Conservation Solutions, Inc.*